# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

WILLIAM EDDINS,

    Plaintiff,

v.

7-ELEVEN INC,

    Defendant.

Case No. 2:23-cv-01525-GMN-NJK

**Order**

    To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a).  A joint proposed discovery plan must be filed by April 1, 2024.

    IT IS SO ORDERED.

    Dated: March 25, 2024

                                                               Nancy J. Koppe
                                                              United States Magistrate Judge